UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60257-CIV-SINGHAL

**YANKIEL MARTINEZ ALFONSO**,

      Petitioner,

v.

**CURRENT WARDEN**, Miramar ICE Field Office, *et al.*,

      Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Motion to Continue Temporary Restraining Order . . . . (the "**Motion**"). (DE [28]). Petitioner represents that he continues to be detained and subject to expedited removal proceedings under section 1225(b)(1), despite having been present in the United States for more than two years and having applied for asylum. Accordingly, for the reasons stated in this Court's prior order temporarily restraining the government from removing Petitioner from the United States (DE [7]), it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** *nunc pro tunc* until March 2, 2026.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of February 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF