UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60257-CIV-SINGHAL

**YANKIEL MARTINEZ ALFONSO**,

      Petitioner,

v.

**CURRENT WARDEN**, Miramar ICE Field Office, *et al.*,

      Respondents.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon Petitioner's Second Motion to Continue Temporary Restraining Order (the "**Motion**").  (DE [15]).  On February 2, 2026, this Court temporarily restrained the government from expeditiously deporting Petitioner under 8 U.S.C. § 1225(b)(1) because Petitioner appears to maintain a pending asylum application and have been continuously present in the United States for more than two years, and thus ineligible for expedited removal.  *See* (DE [7]).  After the 14-day TRO expired on February 16, 2026, the Court extended the TRO *nunc pro tunc* for 14 days pursuant to Federal Rule of Civil Procedure 65.  *See* (DE [13]).  The extended TRO expired on March 2, 2026, and Petitioner now seeks a second extension.

While the Court is sympathetic, Rule 65 limits a court's authority to extend a TRO once for "*a* like period," unless "the adverse party consents to a longer extension."  Fed. R. Civ. P. 65; *see also Price v. Individuals, P'Ships, and Unincorporated Assocs. Identified on Schedule A*, 2026 WL 470599, at *4 (M.D. Fla. Feb. 19, 2026) (noting "the twenty-eight-day limit in Federal Rule of Civil Procedure 65" applicable to temporary

restraining orders); *Jetchill Ltd. v. Shenzhen Jiarui Minghui Trading Co., Ltd.*, 2025 WL 2962075 (S.D. Fla. Oct. 13, 2025) ("Federal Rule 65(b) permits extension of a TRO, designated as such, for a maximum of 28 days."), *report and recommendation adopted*, 2025 WL 2966039 (S.D. Fla. Oct. 21, 2025); *Levine v. Comcoa Ltd.*, 70 F.3d 1191, 1193 (11th Cir. 1995) (explaining that a prior "Rule 65 of the Federal Rules of Civil Procedure says that a TRO can last only 10 days, unless extended, and cannot be extended beyond 20 days without the consent of the restrained party."). Because the TRO has already been extended and the maximum allowable period of 28 days has run and Respondents have not consented to a second extension, the Court is unable to grant the Motion.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [15]) is **DENIED**. This Order is without prejudice to Petitioner moving for a preliminary injunction.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of March 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF