UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60257-CIV-SINGHAL

**YANKIEL MARTINEZ ALFONSO**,

       Petitioner,

v.

**CURRENT WARDEN**, Miramar ICE Field Office, *et al.*,

       Respondents.
_____/

## ORDER EXPEDITING BRIEFING

**UPON** review of relevant authority, the Court has located 8 U.S.C. § 1252(a)(2)(A)(iii), which unambiguously strips this Court of jurisdiction to "review . . . the application of [section 1225(b)(1)] to individual aliens . . . ." Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Petitioner is **ORDERED** to expeditiously brief by **March 18, 2026,** whether the Due Process Clause of the Fifth Amendment limits Congress' authority to eliminate jurisdiction and, if so, whether section 1252(a)(2)(A)(iii) or any other applicable jurisdiction stripping statute(s) violate due process. Respondents are **ORDERED** to respond to Petitioner's brief by **March 20, 2026.** Neither brief may exceed seven pages, exclusive of captions, certificates of service, and signature blocks.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of March 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF